IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| CHERYL WRIGHTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-PWG-1252-S |
| | ) |
| FEDERATED DEPARTMENT STORES, | ) |
| INC., d/b/a MACY'S CENTRAL, INC., | ) |
| | ) |
| Defendants. | ) |

<u>O R D E R</u>

The parties have agreed to dismiss the above styled action with prejudice and without costs to either party. Accordingly, it is ORDERED that the complaint in this case is DISMISSED with prejudice.

As to the foregoing it is SO ORDERED this the 17th day of April, 2006.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE